UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WARREN INGRAM                                    CIVIL ACTION

VERSUS                                           NUMBER: 09-7197

JEFFERSON PARISH CORRECTIONAL                    SECTION: "N"(5)
CENTER, ET AL.

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on April 16, 2010 (Rec. Doc. No. 12), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendants, B. Mcleod and D. Fite, are dismissed pursuant to Rule 4(m), Fed.R.Civ.P., and that the remainder of plaintiff's complaint is dismissed under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 22nd day of April, 2010.

UNITED STATES DISTRICT JUDGE